FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
Nos. DA 22-0719, DA 22-0724

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAY LE CLEVELAND,

      Defendant and Appellant.

## ORDER CONSOLIDATING CASES

Upon consideration of the Appellant's motion to consolidate cases, having no objection from the State and with good cause appearing,

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that the above causes be consolidated for the purposes of appeal under Cause No. DA 22-0724.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022